**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                                      CRIMINAL ACTION NUMBER: 3:11CR-17-CRS

LERONDRICK ELLIOTT                                          DEFENDANT

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

       Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the defendant as to Counts 1 and 2 in the Indictment are hereby accepted, and the defendant is adjudged guilty of such offenses. Sentencing is hereby scheduled for **Tuesday, January 22, 2013 at 11:00 a.m.**, before the Honorable Charles R. Simpson, III, United States District Court Judge.

November 7, 2012

                                                         Charles R. Simpson III, Judge
                                                         United States District Court

Copies to: U.S. Attorney
              U.S. Probation
              Counsel of Record